UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMETRIUS BUCKLEY,

    Plaintiff,

v.

UNKNOWN FINNEY, et al.,

    Defendants.
_____/

Case No. 1:25-cv-470

Hon. Hala Y. Jarbou

## ORDER

On December 10, 2025, the magistrate judge entered a Report and Recommendation ("R&R") that the Court grant in part and deny in part Defendants' motion to dismiss. (R&R, ECF No. 32.) The parties were given 14 days to file objections. To date, no objections have been filed. The Court has reviewed the R&R and concludes that its recommendations are sound.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 32) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss (ECF No. 10) is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that Plaintiff's retaliation claims against Defendants Finney, Fleck, and Jones are **DISMISSED** for failure to state a claim. Plaintiff's retaliation claim against Defendant Sprague is not dismissed.

**IT IS FURTHER ORDERED** that Defendant Proctor is **DISMISSED** for failure to state a claim.

The Eighth Amendment claims against Defendants Jones, Lien, and Dobias are not dismissed.

Dated: January 9, 2026                                  /s/ Hala Y. Jarbou
                                                        HALA Y. JARBOU
                                                        CHIEF UNITED STATES DISTRICT JUDGE

2